UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ERIK TALAVERA,

Plaintiff,

v.

COUNTY OF SAN DIEGO; DAVID LOVEJOY, in his individual capacity; JONATHON YOUNG, in his individual capacity; BILL GORE, in his individual capacity; KELLY MARTINEZ, in her individual capacity; and DOES 1-25,

Defendants.

Case No.: 23-CV-2162 TWR (SBC)

**ORDER SETTING PRETRIAL AND TRIAL DATES AND DEADLINES**

On March 30, 2026, the Court held a Final Pretrial Conference. (ECF No. 84.) At the Final Pretrial Conference, the Court **SET** this matter for a Jury Trial on October 5, 2026, at 8:45 a.m. in Courtroom 14A. In accordance with the foregoing Trial date, the Court **SETS** the following pretrial filing deadlines:

/ / /

/ / /

/ / /

/ / /

| **Event** | **Deadline** |
|---|---|
| Deadline to (1) inform the Court of any remaining factual disputes resulting from issues raised at the Pretrial Conference, and (2) file updated proposed jury instructions, updated proposed verdict forms, and an updated pretrial order.[1] | **July 1, 2026** |
| Deadline to (1) provide exhibits to the Court,[2] and (2) exchange demonstrative exhibits.[3] | **September 28, 2026** |
| Deadline for objections to any demonstrative exhibits. | **September 30, 2026** |
| Jury Trial. | **October 5, 2026, at 8:45 a.m. in Courtroom 14A** |

/ / /

/ / /

---

[1] The Parties shall meet and confer and submit: (1) Joint Proposed Jury Instructions for both the liability phase and the damages phase, (2) a Joint Proposed Verdict Form for both the liability phase and the damages phase, (3) a Joint Proposed Pretrial Order. If disputes remain, the Parties may submit a Joint Brief succinctly raising the remaining disputes.

[2] The Parties shall provide the Court with two copies of each exhibit, with each set of exhibits in a separate binder with tabs. These exhibit binders may be mailed or hand-delivered to the Hon. Todd. W. Robinson, c/o Clerk of Court, 333 W. Broadway, Suite 420, San Diego, CA 92101. The Parties shall maintain the original exhibits.

On the first day of trial, each party shall provide the Courtroom Deputy with two copies of its witnesses and exhibit lists in the form specific in Civil Local Rule 16.1(f)(2)(c) and (d). Counsel should waive authentication evidence of documents where authentication is not an issue. Voluminous documents or exhibits must be culled of unnecessary pages so that only relevant pages, or pages supplying context to the relevant pages, are admitted. Counsel should use summaries or charts to prove the content of voluminous documents, writings, or recordings that cannot be conveniently examined in court. *See* Fed. F. Evid. 1006.

[3] The Parties shall exchange any demonstrative exhibits that will; be used during opening statements or during the testimony of any expert witnesses.

*Any request for modification of the dates and deadlines set forth in this Order must be supported by a showing of good cause.*

**IT IS SO ORDERED.**

Dated: May 14, 2026

Honorable Todd W. Robinson
United States District Judge